IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-403-001, 003, & 004 |
| JAHAAN ANDREWS<br>On bail | :<br>: | |
| | : | |
| MUMIN HART<br>On bail | :<br>: | |
| | : | |
| GEORGIA MALLOY<br>On bail | :<br>: | |

**NOTICE OF HEARING**

Take notice that all defendants are scheduled for a **CRIMINAL JURY TRIAL** on **Tuesday, February 24, 2026, at 9:30 A.M**. before the **Honorable Karen Spencer Marston** in **Courtroom 16-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Bail Status:** The defendants are all on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendants are on bail or supervision and fail to appear as directed, the presiding judge may issue a bench warrant.

☒ **Hearing is rescheduled from: 2-23-2026.**

For additional information, please contact the undersigned.

By:     /s/ Mark Rafferty
        Courtroom Deputy to Judge Marston
        Phone: 267.299.7370                                          Date: 2-19-2026

cc via U.S. Mail:     Defendants
cc via email:         Defense – T. Fiore, Esq, - A. Joseph
                              & C. Peruto, Jr., Esq.
                      Assistant U.S. Attorney – E. Witherell & M. Miller
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator