**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**JAHAAN ANDREWS**<br>**MUMIN HART**<br>**GEORGIA MALLOY** | **CRIMINAL ACTION**<br><br>**NO. 25-cr-403-(1, 3, & 4)-KSM** |

## ORDER

**AND NOW**, this 24th day of February 2026, upon consideration of the United States of America's ("the Government's") motion in limine to exclude evidence of the alleged victim, Victor Hernandez's, misdemeanor conviction for resisting arrest (Doc. No. 69), Defendant Mumin Hart's opposition (Doc. No. 71), which Defendants Jahaan Andrews and Georgia Malloy have joined[1] (Doc. No. 93), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the Government's Motion (Doc. No. 69) is **GRANTED.**

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.

---

[1] The Government also moves to limit any impeachment of Hernandez regarding his prior felony convictions to asking about the fact of the conviction and the date it occurred. Defendants do not oppose, and the Court agrees that such a limitation is proper. The Court will give a limiting instruction at the time Hernandez is questioned about these felony convictions and directs Counsel to meet and confer and submit a proposed limiting instruction prior to the trial on **Wednesday, February 25, 2026**.